```
                              FILED
                            OCT 12 2011
                        CLERK, U.S. DISTRICT COURT
                           DISTRICT OF NEVADA
                        BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-322-PMP (LRL) |
| ) | |
| BEVERLY ANTONIO, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on August 12, 2010, that BEVERLY ANTONIO shall pay a criminal forfeiture money judgment of $14,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Docket #10.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BEVERLY ANTONIO a criminal forfeiture money judgment in the amount of $14,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 12 day of Oct, 2011.

_____
UNITED STATES DISTRICT JUDGE