# SEALED

DANIEL G. BOGDEN
United States Attorney
ROB W. MACDONALD
Assistant United States Attorney
333 Las Vegas Blvd., So.,
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cr-00322-PMP-LRL (Sealed) |
| vs | **GOVERNMENT'S SEALED MOTION TO AMEND RESTITUTION ORDER AND NOTICE OF JOINTLY AND SEVERALLY LIABLE DEFENDANTS** |
| BEVERLY ANTONIO, | |
| Defendant. | |

Pursuant to this Court's Order of October 12, 2011, the United States, by and through Daniel G. Bogden, United States Attorney, District of Nevada, and Rob W. MacDonald, Assistant United States Attorney, respectfully provides notice of the following list of defendants who have already been sentenced in related cases, and with whom defendant therefore shares joint and several liability for purposes of restitution:

Related case number: 2:10-cr-300-JCM-PAL (sealed)

Common property: 3928 Maldive Isle

Common victim: Citimortgage Inc., P.O. Box 9438, Gaithersburg, Maryland 20898

Common restitution amount: $211,165

. . .

. . .

. . .

Further, the government moves to have the Court amend its prior order of restitution for $250,000 for 3928 Maldive Isle. An Amended Restitution List is attached. Further, copies of that list, and of the instant motion, have been provided to defendant's counsel and to the United States Probation Office.

For clarity's sake, the government adds that no co-defendants have been sentenced in related cases involving the $448,000 in restitution that defendant was ordered to pay the Southern Nevada Carpenters Annuity Trust.

WHEREFORE, the United States respectfully requests that its motion to amend the Court's October 12, 2011, restitution order be granted.

DATED this 21st day of October, 2011.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

ROB W. MACDONALD
Assistant United States Attorney

2

# ATTACHMENT

**U.S. v. Beverly Antonio**
**2:10-cr-00322-PMP-LRL**
**Amended Restitution List**

| | |
|---|---|
| Southern Nevada Carpenters Annuity Trust<br>980 Kelly Johnson Drive #180<br>Las Vegas, Nevada 89119-3785 | $448,000.00 |
| Citimortgage, Inc.<br>P.O. Box 9438<br>Gaithersburg, Maryland 20898 | $211,165.00 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:10-cr-00322-PMP-LRL (Sealed) |
| vs. | ) ) | |
| BEVERLY ANTONIO, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Based on the pending motion to amend defendant's restitution order,

**IT IS THEREFORE ORDERED** that defendant's order to pay restitution is amended as follows: in lieu of paying $250,000 in restitution to Federal Home Loan Mortgage, defendant is hereby ordered to pay $211,165 to Citimortgage, Inc. Defendant is jointly and severally liable for this amount with the defendant in related case 2:10-cr-300-JCM-PAL (sealed). Defendant's order to pay $468,000 in restitution to the Southern Nevada Carpenters Annuity Trust remains unchanged.

DATED this _ 25th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

3