# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
ROB W. MACDONALD
Assistant United States Attorney
333 Las Vegas Blvd., So.,
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>BEVERLY ANTONIO,<br><br>Defendant. | 2:10-cr-00322-PMP-GWF<br><br>**GOVERNMENT'S SEALED MOTION TO UNSEAL** |

The United States, by and through Daniel G. Bogden, United States Attorney, District of Nevada, and Rob W. MacDonald, Assistant United States Attorney, respectfully moves to unseal this case. The defendant has been sentenced and will likely testify in an up-coming case against a co-schemer. There is no reason remaining for the matter to remain sealed. Therefore, the United States requests that this case be unsealed, and moves to do so at this time.

DATED this 20th day of April, 2012.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

ROB W. MACDONALD
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BEVERLY ANTONIO,<br><br>　　　　Defendant. | 2:10-cr-00322-PMP-GWF (Sealed)<br><br>**ORDER** |

Based on the pending motion to unseal the case,

**IT IS THEREFORE ORDERED** that the case be unsealed.

DATED this 24th day of April, 2012.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2