DAYLE ELIESON
United States Attorney

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: mark.woolf@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA OCKUNZZI,<br><br>Defendant. | Case No. 2:10-cr-00272-LDG-GWF<br><br>**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE COURT'S OMNIBUS ORDER FOR CLARIFICATION REGARDING RESTITUTION**<br>**(Second Request)** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARI WONG CULOTTA,<br><br>Defendant. | Case No. 2:10-cr-00300-JCM-PAL |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK AKOOPIE,<br><br>Defendant. | Case No. 2:10-cr-00304-ECR-RJJ |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ROZZEN,<br><br>Defendant. | Case No. 2:10-cr-00305-RLH-PAL |

1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-00317-LDG-RJJ |
| Plaintiff, | ) | |
| v. | ) | |
| DENNIS MORALES, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-00319-JCM-PAL |
| Plaintiff, | ) | |
| v. | ) | |
| PARKER ENLOE, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-00320-APG-PAL |
| Plaintiff, | ) | |
| v. | ) | |
| TODD EMOND, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-00322-PMP-GWF |
| Plaintiff, | ) | |
| v. | ) | |
| BEVERLY ANTONIO, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-00399-MMD-GWF |
| Plaintiff, | ) | |
| v. | ) | |
| PAUL WAGNER, | ) | |
| Defendant. | ) | |

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00446-GMN-VCF |
| Plaintiff, | |
| v. | |
| MARK GONZALEZ, | |
| Defendant. | |

The United States of America ("Government") hereby moves for an extension of 2 business days to file its response to the Court's Omnibus Order Regarding Clarification of Restitution ("Omnibus Order"). The Government's response to the Omnibus Order is currently due on July 19, 2018. The Government is diligently working to meet that deadline, but out of an abundance of caution seeks this short extension. If granted, the Government's response will be due on **Monday, July 23, 2018**. The requested extension will not prejudice or otherwise have any impact on the defendants. This is the Government's second request for an extension of time and is not sought for purposes of delay or any other improper purpose.

Accordingly, it is respectfully requested that the Government have until **Monday, July 23, 2018** to file its response to the Court's Omnibus Order.

Respectfully submitted this 19th day of July 2018.

DAYLE ELIESON
United States Attorney

 */s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE/**
Dated: July 20, 2018.